

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2015

No. 04-15-00295-CR

Gary Lee **AVANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5555
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The trial court's request for an extension of time to issue findings in response to this court's order dated September 28, 2015 is granted. We order the reporter's record of the hearing and the supplemental clerk's record containing the trial court's findings and conclusions are due November 30, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court